*Application Granted*
*SO ORDERED*
*1/30/06*

Warren L. Millman
189 Montague Street Suite 303
Brooklyn, New York 11201

RECEIVED
In Chambers of:
U.S. Magistrate Judge
JAN 26 2006

D-7

Telephone (718) 222-0719
Fax No. (718) 875-6797

January 24, 2006

Hon Robert M. Levy
United States Magistrate Judge
United States District Court Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201


*Movant's counsel is directed to serve a copy of this order upon receipt*

Re: Israel Stern, etal v. Abraham Stern and Warren L. Millman
     05-CV-5540 (FB) (RML)

Dear Magistrate Levy,

    I am appearing pro-se in this matter and my understanding is that I am not required to file my papers electronically. I do not practice in this Court as a matter of routine and am not very computer savvy and therefore, I am filing all documents in hard copy form.

    I am seeking to join the application of Mr. Stern for an adjournment of the motion wherein the plaintiff's seek the appointment of Israel Stern to be guardian for his younger brothers. I believe without going into detail that this court will find that Israel Stern is not a proper person to serve as guardian in this case, which has a protracted history.

    In fact all of the allegations contained herein were litigated before the Appellate Division Second Department and found to be with no merit. Three complaints against me personally were made to the grievance committee which were all dismissed. Those charged the same conspiracy.

    I have never been properly served with a summons and complaint in this matter and received the present motion by overnight mail without any extra copy of the summons and complaint.

    Further, I have not been well for some time culminating in my being taken yesterday to the hospital by EMS from the Brooklyn Family Court. I was diagnosed with

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
=====================================X
inIsrael Stern , Israel Stern as natural
Guardian of Zeldy Stern, Israel Stern
As Guardian ad litem of Martin Stern and
Israel Stern as Guardian ad Litem of

                                        05 CV 5540 (ILG)
            Plaintiff,
   Against-

ABRAHAM STERN, AND WARREN L. MILLMAN

            Defendants.

                                    AFFIRMATION OF SERVICE


=====================================X
```

STATE OF NEW YORK)
 COUNTY OF KINGS ) SS.:
   Joseph Sanchez, being duly sworn, deposes and says:

   I am not  a party to the above action. I am over the
age of 18 years old.
On January 24, 2006 I enclosed  a copy of A COPY OF A letter
to Magistrate Levy  requesting an adjournment of a motion
by regular Mail in an official depository under the exclusive
 care and custody of  the U.S.  Postal Service within the
State of New York addresses after each  name.


To: Gordon & Gordon, Esqs.
    108-18 Queens Boulevard
    Forest Hills, New York 11375

    Snitow Kanfer Holtzer & MIllus, Esq.
    575 Lexington Avenue
    New York, New York 10022



Sworn to before me this
24th day of January, 2006

                                    _____
                                    JOSEPH SANCHEZ
                                    License 1155200

                                    STEVEN C. BERNSTEIN
                                    Notary Public, State of New York
                                    No. 24-4783360
                                    Qualified in Kings County
                                    Commission Expires March 30, 2007

high blood pressure causing bleeding in my body. I need additional time to put together a response and although I did not ask for that time from Gordon and Gordon I understand that such letters were sent by my co-defendant and I asked that I be granted the same time to respond. I believe this Court granted an adjournment to February 24, 2006 although I am not quite certain.

      Thank you for your consideration.

Very truly yours,

Warren L. Millman

WLM:sw
Cc: Gordon & Gordon, Esqs.
     Snitow Kanfer Holtzer etal.

Very truly yours,

Warren L.. Millman

WLM:sw